NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30407
02-JAN-2014
02:03 PM

NO. 30407

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JANICE LYNN SUSSMAN, Plaintiff-Appellee, v.
ROGER LEE SUSSMAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-DIVORCE NO. 04-1-0468)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon consideration of Defendant-Appellant's Motion for Reconsideration, filed on December 20, 2013, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, January 2, 2014.

On the motion:

Joel Edelman
for Defendant-Appellant

Chief Judge

Associate Judge

Associate Judge